THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

```
             UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )   1:00CR-278-3
          Plaintiff,        )
                            )
     V.                     )   SATISFACTION OF JUDGMENT
                            )     (Rambo, J.)
                            )
RODNEY HELMAN,              )
          Defendant.        )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Full satisfaction is hereby acknowledged of that certain judgment entered on December 3, 2001, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  December 6, 2004

                              THOMAS A. MARINO
                              United States Attorney

                              /s J. JUSTIN BLEWITT, JR.
                              J. JUSTIN BLEWITT, JR.
                              Assistant U.S. Attorney

                              KAREN M. MUSLOSKI
                              Paralegal Specialist