PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

## Report on Offender Under Supervision

**Name of Offender:** Rodney A. Helman  **Case Number:** 1:CR-00-278-03
**Name of Sentencing Judicial Officer:** The Honorable Sylvia H. Rambo, U.S. District Judge
**Date of Original Sentence:** December 3, 2001
**Original Offense:** Interstate Travel in Aid of Raketeering - 18 USC § 1952(a)(3)
**Original Sentence:** 60 months imprisonment, 3 years supervised release, and $800 fine
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** May 10, 2004

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Conditions | **"The defendant shall not commit another federal, state, or local crime."** |

On July 13, 2005, Mr. Helman was arrested by the Pennsylvania State Police and charged with DUI. Allegedly, Mr. Helman was stopped for erratic driving and troopers detected a strong odor of alcoholic beverage coming from the offender. Mr. Helman submitted to a breathalyzer test which revealed a .18% BAC. A preliminary hearing is pending. Mr. Helman immediately reported his arrest to the probation officer and admitted his misconduct.



FILED
HARRISBURG

AUG 8 - 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

Our office is reporting the arrest to the Court as required and may request violation action in the future. However, at this time, we are requesting that no immediate action be taken. This will enable us to further assess the allegations and the appropriateness of violation action. In the meantime, Mr. Helman will likely remain free in the community and our office will continue to monitor his situation as well as the status of the new charges.

Respectfully submitted,

by      William S. Gottlieb
        Senior U.S. Probation Officer
        Date: August 5, 2005

[X] Recommendation Approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Sylvia H. Rambo, U.S. District Judge

8/8/05

Date