PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
for
## Middle District of Pennsylvania/Harrisburg

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Rodney Helman           Case Number: 1:CR-00-278-03
Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo
Date of Original Sentence: December 3, 2001
Original Offense: Interstate Travel in Aid of Racketeering - 18 USC § 1952(a)(3)
Original Sentence: 60 months imprisonment, 3 years supervised release, $800 fine
Type of Supervision: Supervised Release   Date Supervision Commenced: May 10, 2004

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.

[X] To modify the conditions of supervision as follows:

The defendant shall remain at his residence for a period of three months, unless given permission in advance by the probation officer to be elsewhere. The defendant shall maintain a telephone with no special features at his place of residence for the three month period. The probation officer shall make provisions for the defendant's absence from his residence for employment, medical/mental health services, drug and alcohol treatment and testing, religious services, and necessary shopping. Said home confinement shall commence at the direction of the probation officer and shall be electronically monitored. The defendant shall pay the daily cost of monitoring not to exceed the contractual rate.

Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender

## CAUSE

On July 14, 2005, Mr. Helman was arrested by the Pennsylvania State Police and charged with driving under the influence of alcohol and several summary traffic offenses. Mr. Helman had a blood alcohol content of .18%. On November 2, 2005, Mr. Helman pled guilty to DUI in Franklin County Court, and on November 16, 2005, was sentenced to 72 hours to 6 months county prison and a requirement to complete DUI classes.

As previously reported to the Court, Mr. Helman immediately notified the probation office of his arrest. Further, he voluntarily completed a drug and alcohol evaluation and substance abuse treatment at White Deer Run, Chambersburg. Additionally, the offender is employed full-time as a mechanic at Knouse Foods.

While it appears that the offender has otherwise complied with the conditions of his supervised release, a sanction appears appropriate. It is believed that the proposed recommendation will adequately sanction Mr. Helman yet allow him to remain employed. Attached is a waiver of a hearing to modify conditions which was signed by Mr. Helman.

Respectfully submitted,

by   William S. Gottlieb
Senior U.S. Probation Officer
Date: December 6, 2005

---

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/07/05
Date

FILED
HARRISBURG

DEC 0 7 2005

MARY E. D'ANDREA, CLERK
Per _____, DEPUTY CLERK