# UNITED STATES DISTRICT COURT

## Middle District of Pennsylvania

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release:

**The modification of the Conditions of Supervised Release to include the following Special Condition:**

The defendant shall remain at his residence for a period of three months, unless given permission in advance by the probation officer to be elsewhere. The defendant shall maintain a telephone with no special features at his place of residence for the three month period. The probation officer shall make provisions for the defendant's absence from his residence for employment, medical/mental health services, drug and alcohol treatment and testing, religious services, and necessary shopping. Said home confinement shall commence at the direction of the probation officer and shall be electronically monitored. The defendant shall pay the daily cost of monitoring not to exceed the contractual rate.

Witness: _____ 12-2-05   Signed: Rodney Helm 12-2-05
Senior U.S. Probation Officer        Probationer or Supervised Releasee